UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Daniel C. Flint,

                Plaintiff(s),

v.                                      Case No. 2:22−cv−13112−GAD−APP
                                            Hon. Gershwin A. Drain

United States of America,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are scheduled for hearing:

      Motion to Dismiss – #6

- MOTION HEARING:  July 26, 2023 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/T McGovern
                                                      Case Manager

Dated:  April 12, 2023