UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Daniel C. Flint,

                Plaintiff(s),

v.                                              Case No. 2:22−cv−13112−GAD−APP
                                                  Hon. Gershwin A. Drain

United States of America,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are scheduled for hearing:

    Motion to Dismiss – #12

- MOTION HEARING: October 3, 2023 at 03:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                      By: s/T McGovern
                                            Case Manager

Dated: July 7, 2023